IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 237 |
| | : |
| | : DISCIPLINARY RULES DOCKET |
| FINANCIAL INSTITUTIONS APPROVED | : |
| AS DEPOSITORIES FOR FIDUCIARY | : |
| ACCOUNTS | : |
| | : |

ORDER

PER CURIAM

AND NOW, this 2nd day of August, 2023, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.